**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-2393

EDDIE CURRENCE,

Plaintiff - Appellant,

versus

BRUCE HARDWOOD FLOORING LIMITED PARTNERSHIP,
d/b/a Bruce Hardwood Flooring; TRIANGLE
PACIFIC CORPORATION, d/b/a Bruce Hardwood
Flooring, a Division of Triangle Pacific
Corporation,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins. Robert Earl Maxwell, Senior
District Judge. (CA-99-101-2)

Submitted: May 31, 2001          Decided: September 10, 2001

Before WILKINS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eddie Currence, Appellant Pro Se. Edward Bograd, Frederick Martin
Thurman, Jr., SHUMAKER, LOOP & KENDRICK, Charlotte, North Carolina;
Frank P. Bush, Jr., BUSH & BUSH, Elkins, West Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eddie Currence appeals the district court's order granting relief for Defendants in Currence's action claiming age discrimination in employment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Currence v. Bruce Hardwood Flooring Ltd. P'ship</u>, No. CA-99-101-2 (N.D.W. Va. Sept. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2